UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MACWILLIAM CHINONSO
CHUKWUOCHA,

                Petitioner,

    v.

ALEJANDRO MAYORKAS,

CASE NO. 2:24-cv-00526-MJP-BAT

**REPORT AND
RECOMMENDATION**

On April 17, 2024, Petitioner filed a 28 U.S.C. § 2241 habeas petition in which he requested the Court order his release from immigration detention. Dkt. 3. On May 24, 2024, Respondent moved to dismiss the petition on the grounds that Petitioner was released from detention of May 24, 2024, and his request for release is therefore moot. Dkt. 6, Exhibit A. Petitioner has not responded to the motion to dismiss, noted for June 21, 2024, and the matter is thus ready for the Court's review.

Article III of the United States Constitution allows the Court to adjudicate only actual, ongoing cases or controversies. *Deakins v. Monaghan*, 484 U.S. 193, 199 (1988). "For a habeas petition to continue to present a live controversy after the petitioner's release or deportation . . . there must be some remaining 'collateral consequence' that may be redressed by success on the petition." *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007). Because Petitioner sought only

REPORT AND RECOMMENDATION - 1

1    release from detention, his claims are fully resolved. *See id*. at 1065. Additionally, because

2    Petitioner is now in the community, there is no collateral consequence that can be redressed by

3    proceeding further. Petitioner's § 2241 habeas petition should accordingly be dismissed as moot.

4    *See id*.

5         The Court accordingly recommends Respondent's Motion to Dismiss, Dkt. 6, be

6    **GRANTED** and this action be **DISMISSED** without prejudice.

7         This Report and Recommendation is not an appealable order. Therefore, Petitioner

8    should not file a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit

9    until the assigned District Judge enters a judgment in the case.

10        Objections, however, may be filed and served upon all parties no later than **July 8, 2024.**

11    The Clerk should note the matter for **July 12, 2024**, as ready for the District Judge's

12    consideration if no objection is filed. If objections are filed, any response is due within 14 days

13    after being served with the objections. A party filing an objection must note the matter for the

14    Court's consideration 14 days from the date the objection is filed and served. The matter will

15    then be ready for the Court's consideration on the date the response is due. The failure to timely

16    object may affect the right to appeal.

17        DATED this 21st day of June, 2024.

18

19                            _____

                             BRIAN A. TSUCHIDA

20                           United States Magistrate Judge

21

22

23

REPORT AND RECOMMENDATION - 2