1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MACWILLIAM CHINONSO
CHUKWOUCHA,

                Petitioner,

    v.

ALEJANDRO MAYORKAS,

CASE NO. 2:24-cv-00526-MJP-BAT

**ORDER OF DISMISSAL**

Having reviewed *de novo* the Report and Recommendation of the assigned United States Magistrate Judge, noted the absence of any objections or responses, and the remaining record, the Court finds and ORDERS:

    (1)     The Court ADOPTS the Report and Recommendation.

    (2)     The case is dismissed without prejudice.

    (3)     The Clerk is directed to send copies of this Order to the parties.

Dated this 24th day of July, 2024.

MARSHA J. PECHMAN
United States Senior District Judge

ORDER OF DISMISSAL - 1